# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORAM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10CV37 |
| | ) | |
| STEPHEN JESUS, SHARI KESICK and CHAD SCHOLL, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by attorneys Mark M. Schorr and Conrad S. Kee,

**IT IS ORDERED:**

1. On or before **April 19, 2010**, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit a draft order which will fully dispose of the case to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All pending deadlines are hereby suspended upon the representation that this case is settled.

**DATED March 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**